In the Matter of VIKING PUMP, INC. and WARREN PUMPS, LLC, Insurance Appeals. VIKING PUMP, INC. and WARREN PUMPS, LLC, Appellants; TIG INSURANCE COMPANY et al., Respondents.

Submitted February 16, 2016; decided February 18, 2016

*See* — A3d —, 2015 WL 3618924, 2015 Del LEXIS 278.

Motion by ITT Corporation for leave to appear amicus curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed.

Judge GARCIA taking no part.